Decided July 15, 2003

---

STATE OF CONNECTICUT *v.* STACEY WRIGHT

The defendant's petition for certification for appeal
from the Appellate Court, 76 Conn. App. 635 (AC 22603),
is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Arnold V. Amore II*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided July 22, 2003